# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REASSIGNMENT OF JUDGE OF : No. 352 Common Pleas Judicial
THE COURT OF COMMON PLEAS OF  : Classification Docket
THE FIRST JUDICIAL DISTRICT OF     :
PENNSYLVANIA                                      :
                                                                 :

## O R D E R

**PER CURIAM:**

AND NOW, this 4th day of December, 2018, upon consideration of the Petition of Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the reassignment of a Judge to a division of the court, it is hereby ORDERED that the Petition is granted and the following reassignment is approved:

<u>From the Criminal Division to the Orphans' Court Division</u>

The Honorable Sheila Woods-Skipper